

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**DOCKETED**

**OCT 18 2004**

LIDIA KOIFMAN (plantiff #1)  )
)
EUGENE KOIFMAN (plantiff #2) )
)
_____ )  CIVIL ACTION
(Name of the plaintiff or plaintiffs) )
v )
DOMINICK's FINER FOOD, INC.  )  NO._____
711 Jorie Boulevard,Oak BrookIll,60523 )
_____ )  Jury trial demanded JOAN H. LEFKOW
store manager Mike Sullivan(def.#1) )
)
store agent Reschke Herbert(def.#2) )
lost prevention officer Latoya L.Hills )  MAGISTRATE JUDGE KEYS
(Name of the defendant or defendants) )
(defendant#3)

C O M P L A I N T

INTRODUCTORY STATEMENT

1. This is civil action seeking money damages against store manager Mike Sullivan(defendant#1), store agent Reschke Herbert(defendant#2),lost prevention officer Latoya L.Hills emploeeyes of Dominick's Finer Food,Inc. for violation of plantiffs constitutional rights by defendants, initiating and axecuting a search of plantiff' person body,plantiff's property,arrest without proubable cause in violation of plantiffs constitutional rights.

2. This action is brought pursuant to U.S.C. Sections 1983 and 1988 for violation of the Fourth and Fourteenth Amendments to the United States Constitution.The court has jurisdiction of this action under 42 U.S.C. Section 1983,Section,28 U.S.C. Section 1343, 28 U.S.C. Section 1331.

1-1

PARTIES

3. Plantiffs are citizens and resudents of the city of Evanston, state of Illinois, and the United States of America.

4. At all times referred to herein, defendants store manager Mike Sullivan (defendant#1), store agent Reschke Herbert(defendant#2), lost prevention officer Latoya L. Hills(defendant#3) were employed by Dominick's Finer Food, Inc.

5. Plantiffs sue defendants store manager Mike Sullivan, store agent Reschke Herbert, lost prevention officer Latoya L. Hills in their individual capasities.

6. At all times referred to herein, defendants store manager Mike Sullivan, store agent Reschke Herbert, lost prevention officer Latoya L. Hills acted under color of the laws, statutes, ordinances, regulations policies, customs and usages of the state of Illinois and the city city of Chicago.

CAUSE OF ACTION

For their cause of action against defendants store manager Mike Sullivan (defendant#1), store agent Reschke Herbert(defendant#2), lost prevention officer Latoya H.Hills(defendant#3) plantiffs state:

7. By this reference, plantiffs incorporate each and every allegation and avertment contained in Paragraphs 1 through 6 though fully set forth herein.

8. On October 15, 2003 at approximately 3p.m. and 4p.m., defendants store manager Mike Sullivan(defendant#1), store agent Reschke Herbert (defendant#2), lost prevention officer Latoya L.Hills(defendant#3) employees Dominick's Finer Food, Inc. of the

city of Chicago, located at 1698-1743 W.Howard, snatched Lidia Koifman (plantiff#1), handbag, violently pushed Lidia Koifman into the store from the lady restroom and apprehended Lidia(plaintiff#1).

a. Latoya L. Hills(defendant#3) was without identification badge, declared, that defendants:store manager Mike Sullivan(defendant#1), store agent Reschke Herbert(defendant#2) catched Lidia Koifman(pl#1), who,s Russian thief, prostitute, drug user.

b. Store agent Reschke(defendant#2) follow direction of store manager M.Sullivan(male defendant#1) painful twisted and wrung behiend back, Lidia Koifman (female plantiff#1)'hands, constricted Lidia(female pl.#1)' wrists by handcuffs and jostle apprehended Lidia(pl.#1) in room with locked door.

$b_i$. Store agent Reschke H.(male defendant#2) searched Lidia(female pl#1)' removed Lidia'permanent cardiac pacemaker I.D. card, Lidia's money, Lidia's I.D.cards including driver's license, Lidia's other cards, Lidia's keys, phonecell.'

Defendants:store manager Mike Sullivan (male defendant #1), store agent Reschke Herbert (male defendant #2), Latoya L. Hills (defendant #3) did not answer plantiff, what Lidia's fault, why Lidia (plantiff#1) searched and handcuffed.

$b_{ii}$. Latoya L. Hills (defendant #3) went from this locked room(later called security ) with Lidia Koifman (plantiff #1)'money, documents, keys.

Store agent black dressed uniform Reschke H.(male defendant#2)

did more constrictly handcuffs on Lidia K.(female plantiff #1)' wrists,knocked Lidia(female Plantiff #1) down on floor,Reschke Herbert (male defendant #2) used foul language,strongly touched , examinated, seised Lidia (female plantiff #1)' body(private areas). Store agent Reschke Herbert ( male defendant #2) caused Lidia Koifman (Female plantiff #1) big wring. Lidia KOifman lost consciosness.

c. Lidia Koifman (female plantiff #1) came to one-self, saw, she lies in floor' alleged security room of Dominick's, room with locked door and Assian policeman thrash Lidia Koifman (female plantiff #1) in the face by rolled magazine, used bad language and other White poliseman stayed with his ( foot on Lidia Koifman(female plantiff #1)' body. Lidia Koifman lost consiousness.

$c_i$. When Lidia(female plantiff #1) had open eyes, saw that White policeman heavely shaked her, then White policeman violently wrung / one's Lidia (female plantiff #1)'handcuffed hands behiend the back, bend over almost folded Lidia twice, pinion Lidia' fingers, pushed Lidia Koifman (plantiff #1) out the security room of Dominick's.

$c_{ii}$. Lidia Koifman (female plantiff #1) saw then, as Assian Young policeman was hold her husband Eugene Koifman (plantiff#2)'throat by one hand and punched Lidia'husband, Eugene, at mediastinum by second fist. Assian policeman commanded Eugene(plantiff#2):Do not talk to Police! Lidia(female plantiff#1)continue to pleade:Do not torture her,Lidia's husband(senior citizen plantiff#2),he(Eugene Koifman) has heart problem.

c_iii White policeman striked Lidia Koifman (female Plaintiff #1) with all one's might of trunk of police squad car, then white policeman throw Lidia Koifman ( female Plaintiff # 1 ) inside policecar.

No one answer to Lidia Koifman ( female Plaintiff #1) what Lidia guilt, why Lidia arrested.

d. Eugene Koifman ( plaintiff # 2 ) was entered for shopping Dominick's Store at location 1698 -1743 W.Howard approximately between 3 pm and 4 pm later 15 min after his wife Lidia Koifman ( Plain - tiff #1 ).

Eugene Koifman ( Plaintiff #2 ) did not see his wife Lidia in the store. Eugene Koifman ( Plaintiff #2 ) was ask of customer desk about his disabled, religious wife Lidia.

d_i. Store manager Mike Sullivan ( Defendant #1 ) immediately directed Store agent Herbert Reschke ( Defendant #2 ) to grip Eugene Koifman ( Plaintiff #2 ).

Store agent Herbert Reschke, dressed at black uniform ( Defen - dant #2 ), grabbed Eugene Koifman ( Plaintiff #2 ) for an Eugene's sholder from behiend, turned Eugene Koifman, shaked him and beat Eugene Koifman on each side, used his Herbert Reschke ( Defendant #2 )' elbows.

Store agent Herbert Reschke ( Plaintiff #2 ) had an excited ( sex ) apperance, Eugene Koifman believed. Eugene Koifman ( Plain - tiff #2 ) remain to stay calm, Eugene only ask: why you beat me? - and Store manager Mike Sullivan ( Defendant #1 ) allowed Store agent Herbert Reschke / ( Defendant #2 ) stop beating Eugene.

d_ii. Right here, opposite to standing Eugene Koifman ( Plaintiff #2 ), door opened and Eugene saw his wife Lidia Koifman ( Plaintiff #1 ) lies down on the floor of this locked room.

Than Store manager Mike Sullivan ( Defendant #1 ) ruled the roost, that policemen have to throw out the store Eugene Koifman ( plaintiff #2 ).

At this time Assian Young policeman lashed Eugene Koifman's ( plaintiff #2 ) wife Lidia Koifman ( plaintiff #1 ) face and White Young policeman stayed with his boot on Lidia ' body.

After this the White Young policeman approached Eugene Koifman ( plaintiff #2 ) grasped Eugene, seised Eugene' neck, heavily cuffed Eugene' head by second White policeman'arm, chucked Eugene out the store.

. White young policeman transfered Eugene Koifman ( plaintiff #2 ) to Assian young policeman, who's cutch Eugene' throat by policeman'arm, chocked, stopped Eugene airway and by second policeman'arm punched Eugene' heart area.

Then assian young policeman continued chocke Eugene Koifman (plaintiff #2), squizzed out Eugene' eyeballs by policeman' fingers of second arm, repeatedly said: Do not talk Police! Do not enter the Store!

$d_{iii}$. When Assian Young policeman freed Eugene Koifman (plaintiff #2)' eyes, Eugene saw, what White Young policeman dragged bended down his wife Lidia Koifman (plaintiff #1), handcuffed behind the back.

White Young policeman costed with all one's might Lidia Koifman (plaintiff #1) at trunk of policecar, then White Young policeman threw Lidia Koifman (plaintiff #1) in policecar and moved out.

9. On December 2003 Lidia Koifman (Plaintiff #1) received only opportunity see Dominick's report about October 15 - 2003, this invention had tendency to deceive and mislead authorities, to justify accomodation collor activity, named surviellance camera function inside Dominick's Finer Food Store (location 1698 - 1743 W.Howard, Chicago), that camera captured Lidia Koifman (Plaintiff #1).

10. As a direct and proximate result of the concerted Lady' washroom action of examination and inspection Plaintiff' body and her property without Authority of Law, and of the act of inciting policemen do particular rage deed against Plaintiffs as described above, Plaintiffs suffered and continue to suffer severe injury, mental anguish and emotional trauma in connection with the deprivation of Plaintiffs constitutional rights guarranteed them by the Fourth and Fourteenth Amendments of the Constitution of the United States and protected by 42 U.S.C. Section 1983.

11. Defendants: Store Manager Mike Sullivan (Def #1)
    Store agent Herbert Reschke (Def #2)
    Lost prevention officer Latoya L. Hills (Def #3)
acted unreasonably, aggravetive, provocative, hate motivated and in reckless disregard for the truth.

12. As result of defendants acts as described above, defendants deprived plaintiffs of their right to be free from unlawful searches, seizures, falce arrest, in violation of Fourth Amendment to the Constitution of the United States.

13. As direct and proximate result of the defendant' actions as described above plantiffs suffered special damages and will suffer additional special damages in the future in amount cannot yet be determined.

14. The acts of defendants as described above intentional,obstructive,wanton, malicious,cruel and oppresive,thus entitling plantiffs to an award of punitive damages.

WHEREFORE, plantiffs, and each of them,pray for judgment against defendants store manager Mike Sullivan,store agent Reschke Herbert, lost prevention officer Latoya L. Hills,jointly and severally,for compensatory damages in amount proved at trial, plus costs of this action,attorney,s fees and such other relief as the court deems fair and appropriate under the circumstances.

(Plaintiff's signature)

(Plaintiff's name)

LIDIA KOIFMAN,      EUGENE KOIFMAN

(Plaintiff's street address)

612 SHERMAN AV.

(City) EVANSTON      (State) ILLINOIS     (ZIP) 60202

(Plaintiff's telephone number) (847) - 492- 0201

Date: October 4, 2004

%JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**: Lidia Koifman, Eugene Koifman

**DEFENDANTS**: Dominick's Finer Food, Inc, Store Manager Mike Sullivan, City of Chicago

**(b) County of Residence of First Listed Plaintiff**: Cook County
(EXCEPT IN U.S. PLAINTIFF CASES)

**County of Residence of First Listed**: Chicago, Cook County
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

04C 6659

**(c) Attorney's (Firm Name, Address, and Telephone Number)**

**Attorneys (If Known)**: JUDGE JOAN...

**DOCKETED OCT 18 2004**

MAGISTRATE JUDGE KEYS

## II. BASIS OF JURISDICTION
- [ ] 1 U.S. Government Plaintiff
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT

**CIVIL RIGHTS**: [X] 440 Other Civil Rights

## V. ORIGIN
[X] 1 Original Proceeding

## VI. CAUSE OF ACTION
unlawful search, deprivation constitutional rights, 42 U.S.C. 1983 and 1988, deprivation civil rights

## VII. REQUESTED IN COMPLAINT:
[X] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 999,999
JURY DEMAND: [X] Yes [ ] No

## VIII. This case
[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case _____, previously dismissed by Judge _____

**DATE**: October 15 2004

**SIGNATURE OF ATTORNEY OF RECORD**:

1-2